**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION**

| | |
|---|---|
| WILLIAM ROBERT BRAMSCHER, | Case No. CV 18-06002-RGK (AS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JIM McDONNELL, Sheriff, | |
| Respondent. | |

Pursuant to the "Order of Dismissal Without Prejudice,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

Dated: August 16, 2018

_____
R. GARY KLAUSNER
UNITED STATES MAGISTRATE JUDGE